UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| v. | : | CRIMINAL. NO: 4:13-CR-38 (CDL) |
| | : | |
| KENDALL COCHRAN, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) |
| Defendant. | : | 21 U.S.C. § 841(b)(1)(C) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(a)(2) |

**THE GRAND JURY CHARGES:**

### COUNT ONE

**(Possession with Intent to Distribute Methamphetamine)**

That on or about June 15, 2013, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**KENDALL COCHRAN,**

defendant herein, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of methamphetamine; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

**(Possession of a Firearm by a Convicted Felon)**

That on or about June 15, 2013, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**KENDALL COCHRAN,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly receive and possess a firearm which had previously been shipped and transported in interstate and foreign commerce, to wit: one Kel-Tech .32 caliber pistol, serial number 93971; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                     A TRUE BILL.

                                     */s/Foreperson of the Grand Jury*
                                     FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by:

*[signature]*
MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11th day of September, A.D. 2013.

*[signature]*
Deputy Clerk