# UNITED STATES DISTRICT COURT

Middle District of Georgia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| KENDALL COCHRAN | Case No. 4:13-CR-00038-001 |
| | USM No. 96852-020 |
| | CLARK COLEMAN ADAMS, JR. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  5  of the term of supervision.

☒ was found in violation of condition(s)  2 and 3  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | Failure to refrain from violation of the law | 1/25/2017 |
| 3 | Unlawful possession of controlled substance | 1/25/2017 |
| 5 | Possession and/or use of controlled substance | 3/31/2107 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)  1 and 4  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.  8924

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:
Fortson, GA

6/8/2017
Date of Imposition of Judgment

s/ Clay D. Land
Signature of Judge

CLARK D. LAND, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

06/12/2017
Date

DEFENDANT: KENDALL COCHRAN
CASE NUMBER: 4:13-CR-00038-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 24 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

                                  UNITED STATES MARSHAL

                     By _____
                                   DEPUTY UNITED STATES MARSHAL